UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Washington Mutual Bank, etc., | ) | CASE NO. 1:07CV2177 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | ORDER |
| Carl Banks, et al., | ) | |
| Defendants. | ) | |

The Court has been advised the parties are "actively pursuing a loss mitigation resolution." Therefore, it is not necessary the action remain on the pending docket of the Court.

IT IS ORDERED this action is closed. The Court shall retain jurisdiction to vacate this Order and reopen the action upon cause shown the agreement has not been finalized, and further litigation is necessary. If a settlement is reached, the parties shall submit a dismissal entry.

IT IS SO ORDERED.

9/26/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge