# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **Washington Mutual Bank, as successor-in-interest to Long Beach Mortgage Company by operation of law** | Case No. 1:07-cv-2177 |
| | Judge Christopher A. Boyko |
| **Plaintiff,** | **JUDGMENT** |
| vs. | |
| **Carl Banks, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: November 29, 2007

                                           s/Christopher A. Boyko
                                           Judge Christopher A. Boyko
                                           UNITED STATES DISTRICT JUDGE